AO 247 (Rev. 11/11) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

United States of America
v.
INERD BERNARD YOUNG

Case No: 06-00083-001-CG
USM No: 09522-003

Date of Original Judgment: 6/14/2007
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Chris Knight
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[✓] DENIED. [ ] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**
Having reviewed the sentencing transcript, it is clear that the original sentence was based on a downward departure from the statutory mandatory minimum, and not on the calculated guideline range. The amendment to the crack cocaine guideline does not affect the statutory miminum, and that remains the guideline for this case. Motion for appointment of counsel (Doc. 58) is also DENIED.

Except as otherwise provided, all provisions of the judgment dated 6/14/2007 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: November 4, 2011

/s/ Callie V. S. Granade
*Judge's signature*

Effective Date:
*(if different from order date)*

United States District Judge
*Printed name and title*